786

[L. A. No. 12840. In Bank.—November 17, 1932.]

## EDITH B. SHELDON, Respondent, v. LA BREA MATE-RIALS COMPANY, Appellant.

Hugo Platz for Appellant.

Hulme, Hastings & Bartlett for Respondent.

THE COURT.—The questions involved herein are identical with those decided in the case of *Sheldon* v. *La Brea Materials Co.*, (L. A. No. 12839) *ante*, p. 686 [15 Pac. (2d) 1098]. The only difference between the two cases relates to the real property upon which a lien is claimed. ▮ Upon the authority of the first-mentioned case, the judgment herein is affirmed.